IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ALTOVESE WILLIAMS, individually, and as Administrator of the Estate of Marquis Jones, and as next of Friend for Minors B.B.D., M.R.J., P.D.J., M.R.J. II, and M.R.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BURLINGTON, IOWA, CHRIS CHIPREZ, JOSHUA RIFFEL, JOHN DOE 1, and JOHN DOE 2,<br><br>Defendants. | 3:19-cv-00043-SMR-HCA<br><br><br><br>ORDER FOR ADDITIONAL BRIEFING |

Before the Court is Plaintiffs' Challenge to Defendants' Designation of Confidential Material filed on March 26, 2020 [45]. Defendants filed a resistance on April 9, 2020 [50]. Plaintiffs filed a reply on April 13, 2020 [51].

Plaintiffs' Motion stems from their stated intention to publicly disseminate materials produced or created during discovery. Specifically, Plaintiffs seek to publicly disclose a video of body cam footage exchanged during discovery, as well Plaintiffs' expert's report. Defendants resist disclosure of the materials on multiple grounds: (1) the materials are confidential under Iowa Code § 22.7(5); (2) disclosing the materials would circumvent Iowa Code § 22.10; and (3) disclosing the expert report would taint potential jurors with knowledge of irrelevant and inadmissible information. With that said, the parties briefing largely focuses on the issues regarding Iowa Code § 22.

The briefing with regard to the issue of prejudice at trial resulting from public disclosure of the expert report is rather limited. Specifically, neither party cites any relevant legal authority as to whether the Court may, and if so, should, limit disclosure of the expert report on these

grounds. Accordingly, the Court requests additional briefing by the parties to clarify this issue. Specifically, the parties should brief the Court as to the applicability of *Gentile v. State Bar of Nevada*, 501 U.S. 1030 (1991). Both parties should file simultaneous written briefs by May 29, 2020, which should not exceed ten-pages in length.

**IT IS SO ORDERED.**

Dated May 15, 2020.

Helen C. Adams
Chief U.S. Magistrate Judge