# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| **ALTOVESE WILLIAMS, individually, and as Administrator of the Estate of Marquis Jones, and as next of Friend for Minors B.B.D., M.R.J., P.D.J., M.R.J., II, and M.R.H.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF BURLINGTON, CHRIS CHIPREZ AND JOSHUA RIFFEL,**<br><br>**Defendants.** | Case No. 3:19-CV-00043<br><br><br><br>**PLAINTIFFS' SECOND MOTION FOR LEAVE TO AMEND COMPLAINT AND JURY DEMAND [*UNRESISTED*]** |

**COMES NOW** the Plaintiffs, Altovese Williams, individually, as Administrator of the Estate of Marquis Jones, and as next friend of B.B.D., M.R.J., P.D.J., M.R.J., II, and M.R.H. and for their Complaint and Jury Demand against Defendants City of Burlington, Chris Chiprez, and Joshua Riffel, appearing by their attorneys David A. O'Brien and Andrew Mahoney, and in support of their Motion for Leave to file a Second Amended and Substituted Complaint and Jury Demand, state to the Court, as follows:

1. Plaintiffs move the Court for leave to file a Second Amended and Substituted Complaint and Jury Demand, pursuant to Federal Rule of Civil Procedure 15(a)(1)(2).

2. During the course of discovery, it was determined that three of the minor children Plaintiffs in this case were not identified using the correct initials. A previous amendment corrected two of those mistakes, but did not accurately identify the initials of the remaining minor plaintiff. The attached amended and substituted complaint corrects that error.

3. In addition to the change of the initials of the minor plaintiff, D.K.J., Plaintiffs have dropped all claims against Defendant Josh Riffel.

4. The court previously dismissed or modified some causes of action contained in the initial complaint and the attached Second Amended and Substituted Complaint does not include those previously dismissed causes of action and modifies others to comply with the court's prior order.

5. The attached Second Amended and Substituted Complaint also corrects and clarifies some factual claims made as determined by discovery in the case.

6. Finally, the attached Second Amended and Substituted Complaint dismisses the claim that Marquis Jones' cell phone was damaged while in the possession of the Defendant City of Burlington because discovery did not uncover a sufficient factual basis to support that claim.

7. The Defendants have been informed of this request and do not object.

**WHEREFORE**, Plaintiffs pray that the Court grant their Motion for Leave to file a Second Amended and Substituted Complaint, and that the Court deem the proposed Second Amended and Substituted Complaint and Jury Demand as formally filed; and for any such further relief as the Court deems just.

Respectfully submitted,

**DAVE O'BRIEN LAW**
1500 Center Street NE
Cedar Rapids, Iowa 52402
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
E-mail: dave@daveobrienlaw.com

By: /s/ David A. O'Brien
     DAVID A. O'BRIEN, AT0005870

                        **CROWLEY & PRILL**
                        3012 Division Street
                        Burlington, Iowa 52601
                        Phone: (319)753-1330
                        Fax: (319)752-3934
                        Email: amahoney@cbp-lawyers.com

                        By: /s/ Andrew L. Mahoney
                            ANDREW L. MAHONEY AT0012329

                      **ATTORNEYS FOR PLAINTIFFS**

*Copy to:*
Martha Shaff
Brandon W. Lobberecht
Betty, Neuman & McMahon, PLC
1900 East 54th St.
Davenport, IA 52807

(*Attorneys for Defendants*)

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 12th day of October, 2020, by:

| | U.S. Mail / Email | | Facsimile |
| --- | --- | --- | --- |
| | Hand Delivered | | Certified Mail |
| | FedEx/Airborne Express | X | EDMS |

Signature: */s/ Julia Daugherty*