IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ALTOVESE WILLIAMS, individually, and as Administrator of the Estate of Marquis Jones, and as next of Friend for Minors B.B.B.D., M.R.J., Jr., P.D.J., M.R.J. III, and M.R.H., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BURLINGTON and CHRIS CHIPREZ, <br><br> Defendants. | Civil No. 3:19-cv-43 <br><br><br><br> **DEFENDANTS' SECOND MOTION IN LIMINE** <br><br> ***ORAL ARGUMENT REQUESTED*** |

**COME NOW** the Defendants, City of Burlington and Chris Chiprez, by and through their attorneys, Betty, Neuman & McMahon, P.L.C., and for their Second Motion in Limine, state as follows:

1. Fed. R. Evid. 104 provides generally that "preliminary questions concerning. . . the admissibility of evidence shall be determined by the court". Fed. R. Evid. 104 (2020).

2. The Iowa federal courts have held that preliminary determinations of the admissibility of evidence in a motion in limine "will likely serve the ends of a fair and expeditious presentation of issues to the jury". *United States v. Schrage,* 2008 U.S. Dist. LEXIS 106281 *5-6 (N.D. Iowa 2008).

3. The Defendants hereby request an order barring the Plaintiffs, Plaintiffs' witnesses, and Plaintiffs' attorneys from referring to, arguing, or providing evidence or testimony on the issues raised in Defendants' Memorandum of Authorities, filed contemporaneously with this Motion in Limine.

1

4. As set forth in the arguments in the Memorandum of Authorities, this Motion in Limine is proper and should be granted.

**WHEREFORE**, the Defendants respectfully requests the Court grant their Second Motion in Limine and provide any other relief the Court deems just and equitable.

*REQUEST FOR ORAL ARGUMENT*

Defendants hereby request the Court permit oral arguments of the parties regarding Defendants' Second Motion in Limine.

BETTY, NEUMAN & McMAHON, P.L.C.

By: */s/ Martha L. Shaff*
    Martha L. Shaff    #AT0007215

By: */s/ Amanda M. Richards*
    Amanda M. Richards    #AT0006646

By: */s/ Brandon W. Lobberecht*
    Brandon W. Lobberecht#AT0011918

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: martha.shaff@bettylawfirm.com
   amanda.richards@bettylawfirm.com
   brandon.lobberecht@bettylawfirm.com

**ATTORNEYS FOR DEFENDANTS, CITY OF BURLINGTON and CHRIS CHIPREZ**

**CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS**

I hereby certify that on <u>February 1, 2021</u>, I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically upon the following:

| | |
|---|---|
| David A. O'Brien<br>Dave O'Brien Law<br>1500 Center Street NE<br>Cedar Rapids, IA 52402<br>T: 319-861-3001<br>F: 319-861-3007<br>E: dave@daveobrienlaw.com | Andrew L. Mahoney<br>Crowley & Prill<br>3012 Division Street<br>Burlington, IA 52601<br>T: 319-753-1330<br>F: 319-752-3934<br>E: amahoney@cbp-lawyers.com |
| Nicholas Rowley<br>Matt Reilly<br>Trial Lawyers For Justice, P.C.<br>421 W. Water St.<br>Floor 3<br>Decorah, IA 52101<br>T: 563 -382-5071<br>F: 888- 801-3616<br>E: Nick@tl4j.com<br>   matt@tl4j.com | Haytham Faraj<br>Law Offices of Haytham Faraj<br>1935 W. Belmont Avenue<br>Chicago, IL 60657<br>T: 312-635-0800<br>F: 312-896-5185<br>E: haytham@farajlaw.com |

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Martha L Shaff*