IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| ALTOVESE WILLIAMS, individually, and as Administrator of the Estate of Marquis Jones, and as next of Friend for Minors B.B.D., M.R.J., Jr., D.K.J., M.R.J. III, and M.R.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BURLINGTON and CHRIS CHIPREZ,<br><br>Defendants. | Civil No. 3:19-cv-43 |
|---|---|

**DEFENDANTS CITY OF BURLINGTON and CHRIS CHIPREZ'S NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Defendants, CITY OF BURLINGTON and CHRIS CHIPREZ, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Order entered herein on January 29, 2021, denying in part the Defendant's Motion for Summary Judgment based on qualified immunity from suit as to Counts I and III of the Plaintiffs' Second Amended Complaint.

BETTY, NEUMAN & McMAHON, P.L.C.

By: *_/s/ Martha L. Shaff_*
Martha L. Shaff #AT0007215

By: *_/s/ Amanda M. Richards_*
Amanda M. Richards #AT0006646

By: *_/s/ Brandon W. Lobberecht_*
Brandon W. Lobberecht #AT0011918

1900 East 54th Street
Davenport, IA 52807-2708

T: 563-326-4491
F: 563-326-4498
E: martha.shaff@bettylawfirm.com
amanda.richards@bettylawfirm.com
brandon.lobberecht@bettylawfirm.com

**ATTORNEYS FOR DEFENDANTS, CITY OF BURLINGTON and CHRIS CHIPREZ**

**CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS**

I hereby certify that on February 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically upon the following:

David A. O'Brien
Dave O'Brien Law
1500 Center Street NE
Cedar Rapids, IA 52402
T: 319-861-3001
F: 319-861-3007
E: dave@daveobrienlaw.com

Andrew L. Mahoney
Crowley & Prill
3012 Division Street
Burlington, IA 52601
T: 319-753-1330
F: 319-752-3934
E: amahoney@cbp-lawyers.com

Nicholas Rowley
Matt Reilly
Trial Lawyers For Justice, P.C.
421 W. Water St.
Floor 3
Decorah, IA 52101
T: 563 -382-5071
F: 888- 801-3616
E: Nick@tl4j.com
matt@tl4j.com

Haytham Faraj
Law Offices of Haytham Faraj
1935 W. Belmont Avenue
Chicago, IL 60657
T: 312-635-0800
F: 312-896-5185
E: haytham@farajlaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Martha L Shaff*