**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| **ALTOVESE WILLIAMS, et al.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**CITY OF BURLINGTON,**<br><br>    **Defendants.** | Case No.  3:19-CV-00043-SMR-HCA<br><br>**DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT CITY OF BURLINGTON, IOWA, WITH PREJUDICE** |

    Comes now the parties, by and through undersigned counsel, to Stipulate to the Dismissal of all claims made in this lawsuit against Defendant City of Burlington, Iowa, pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii), with prejudice.

                        Respectfully submitted,

                        **Dave O'Brien Law**
                        1500 Center St. NE
                        Cedar Rapids, Iowa 52402
                        Telephone:  (319) 861-3001
                        Facsimile:    (319)861-3007
                        E-mail: dave@daveobrienlaw.com

                        By:    /s/ *David A. O'Brien*
                               DAVID A. O'BRIEN    AT0005870


                        **BETTY, NEUMAN & McMAHON, PLC**

                        By:    */s/ Martha L. Shaff*
                             MARTHA L. SHAFF    AT0007215
                             1900 East 54th Street
                             Davenport, IA 52807
                             T: 563-326-4491
                             F: 563-326-4498
                             E: martha.shaff@bettylawfirm.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 7, 2022, I filed the foregoing with the Clerk of Court using CM/ECF.  Notice of this Electronic Filing will be sent by operation of CM/ECF to all counsel of record registered.

       /s/*Julia Daugherty*
      **Julia Daugherty**